Leo E. and Sandra L. SHEDDEN,
Petitioners

v.

ANADARKO E & P COMPANY,
L.P., Respondent.

Supreme Court of Pennsylvania.

Aug. 14, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 14th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

The [t]rial [c]ourt found as a matter of law that the [l]essors are estopped from denying that an oil[-]and[-]gas lease covered after-acquired oil[-]and[-]gas rights even though the [l]essee only paid the [l]essors in proportion to the [l]essors' actual interest. Was it error for the Superior Court to affirm the [t]rial [c]ourt's grant of [s]ummary [j]udgment in favor of the [l]essee and against the [l]essors?

COMMONWEALTH of Pennsylvania,
Appellee

v.

Gregorio TORO, III, Appellant.

Supreme Court of Pennsylvania.

Submitted June 4, 2014.
Decided Aug. 18, 2014.

Robert Elinar Sletvold, Esq., for Gregorio Toro, III.

Rebecca J. Kulik, Esq., Northampton County District Attorney's Office, John Michael Morganelli, Esq., for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**